**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA ex rel.
THOMAS WOLF,

               Plaintiffs,

    v.

OMEGA WIRELESS LLC, *et al.*,

               Defendants.

Case No. 21-cv-2346 (JMC)

**ORDER**

Upon consideration of the United States' notice of election to decline intervention and the United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby

**ORDERED** that the Complaint, and this Order be unsealed, and be served upon Defendants by Relator by **July 6, 2026**;

**ORDERED** that all other existing contents of the Court's file in this action remain under seal and not be made public or served upon Defendants, except for this Order and the United States' notice of election to decline intervention, which Relator will serve upon Defendants only after service of the complaint;

**ORDERED** that the seal be lifted as to all other matters occurring in this action after the date of this Order;

**ORDERED** that the Parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3);

**ORDERED** that the United States may order any deposition transcripts and is entitled to

1

intervene in this action, for good cause, at any time;

**ORDERED** that the Parties shall serve all notices of appeal upon the United States;

**ORDERED** that all orders of this Court shall be sent to the United States; and

**ORDERED** should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: April 7, 2026