AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America ex rel. Thomas Wolf
*Plaintiff(s)*

v.

Omega Wireless, LLC, et al.
*Defendant(s)*

Civil Action No. 1:21-cv-02346

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Peppertree Capital Advisors, LLC
c/o registered agent Corporate Creations Network, Inc.
119 E Court St.
Cincinnati, OH 45202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Maggie Filler
Loevy & Loevy
311 North Aberdeen St.
3rd Floor
Chicago, IL 60607
Phone: (312) 243-5900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT & BANKRUPTCY COURTS
DISTRICT OF COLUMBIA

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 8/28/2026

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:21-cv-02346-JMC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Peppertree Capital Advisors, LLC was received by me on *(date)* Aug 28, 2026, 2:17 pm.

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lori Prater , who is designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network, Registered Agent for Peppertree Capital Advisors, LLC on *(date)* Mon, Aug 31 2026 ; or

☐ I returned the summons unexecuted because: ____________________; or

☐ Other: ____________________; or

My fees are $ ____________________ for travel and $ ____________________ for services, for a total of $ $56.73.

I declare under penalty of perjury that this information is true.

Date: 09/01/2026

[signature]

*Server's signature*

VICTORIA AMMANN, Process Server

*Printed name and title*

119 E. Court Street, Cincinnati, OH 45202

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 31, 2026, 2:13 pm EDT at 119 E Court St., Cincinnati, OH 45202 received by Lori Prater. Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 190; Height: 6'0"; Hair: Blond; Eyes: Hazel; Relationship: Legal Adm./ SOP intake;
Service upon authorized agent.

2) Documents served: Summons; Complaint; Unsealing Order