UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. THOMAS WOLF,<br>Plaintiff,<br>v.<br>OMEGA WIRELESS LLC, et al.,<br>Defendants. | Civil Action No. 21-2346 (JMC) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court shall please take notice of and enter the appearance of Assistant United States Attorney Tabitha Bartholomew as substitute counsel for the United States of America in the above-captioned case and remove the appearance of former Assistant United States Attorney Sam Escher.

Dated: September 9, 2026
Washington, D.C.

Respectfully submitted,

*/s/ Tabitha Bartholomew*

TABITHA BARTHOLOMEW
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-2529
tabitha.bartholomew@usdoj.gov

*Attorneys for the United States of America*