**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. THOMAS WOLF,<br><br>Plaintiff,<br><br>v.<br><br>OMEGA WIRELESS LLC, et al.,<br><br>Defendants. | Civil Action No. 21-2346 (JMC) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Sara E. Kropf, of Kropf Moseley Schmitt PLLC, 1100 H Street NW, Suite 1220, Washington, DC 20005, an attorney duly admitted in this Court, hereby appears on behalf of Defendant 18th Street Group LLC in the above-captioned proceeding.

October 7, 2026

Respectfully submitted

/s/ Sara E. Kropf
Sara E. Kropf (Bar No. 481501)
KROPF MOSELEY SCHMITT PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
(202) 627-6900
sara@kmlawfirm.com

*Attorney for Defendant 18th Street Group LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October 2026, the foregoing notice was served by electronic filing on all counsel of record through the Court's electronic filing system.

/s/ Sara E. Kropf
Sara E. Kropf