CO-386
10/2018

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA ex rel. THOMAS WOLF,
Plaintiff

vs

OMEGA WIRELESS LLC et al.
Defendant

Civil Action No. 21-2346-JMC

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for Defendant 18th Street Group LLC certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of 18th Street Group LLC which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Sara Kropf
Signature

481501
BAR IDENTIFICATION NO.

Sara Kropf
Print Name

Kropf Moseley Schmitt PLLC, 1100 H Street NW, Suite 1220
Address

Washington, DC 20005
City State Zip Code

202-627-6900
Phone Number