**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. THOMAS WOLF,<br><br>Plaintiff-Relator,<br><br>v.<br><br>OMEGA WIRELESS, LLC, et al.,<br><br>Defendants. | Civil Action No.: 1:21-cv-02346-JMC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Molly Bunke, of Kropf Moseley Schmitt PLLC, 1100 H Street NW, Suite 1220, Washington, DC 20005, an attorney duly admitted in this Court, hereby appears on behalf of Defendant 18th Street Group LLC in the above-captioned proceeding.

October 30, 2026

Respectfully submitted,

/s/ Molly Bunke______________

Molly Bunke (Bar No. 1617507)
KROPF MOSELEY SCHMITT PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
(202) 627-6900
molly@kmlawfirm.com

Attorney for Defendant 18th Street Group LLC