**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. THOMAS WOLF,<br><br>Plaintiff-Relator,<br><br>v.<br><br>OMEGA WIRELESS LLC et al.,<br><br>Defendants. | Civil Action No.: 1:21-cv-02346-JMC |

**NOTICE OF APPEARANCE OF COUNSEL**

**To the Clerk of Court and all parties of record:**

Notice is hereby given that Anthony T. Pierce of the law firm Akin Gump Strauss Hauer & Feld LLP enters his appearance as counsel for M/C Partners, Shamrock Capital Advisors, LLC, and Peppertree Capital Fund VI QP, LP.[1]

Dated: October 30, 2026

Respectfully submitted,

*/s/ Anthony T. Pierce*

Anthony T. Pierce, D.C. Bar No. 415263
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4411
apierce@akingump.com

[1] Peppertree Capital Fund VI QP, LP is hereby making a limited appearance in this matter solely for the purposes of responding to the Complaint as to Peppertree Capital Advisors, LLC. Peppertree Capital Advisors, LLC is identified as a defendant in Relator's Complaint, but this entity does not exist and has never existed. This Notice of Appearance is filed without waiver of any defenses, including, but not limited to, the identity of the parties, personal jurisdiction, sufficient process, and sufficient service of process.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October 2026, I filed the foregoing Notice of Appearance with the Clerk of the Court for the U.S. District Court for the District of Columbia, using the Court's CM/ECF system, which effectuated service on all counsel of record.

*/s/ Anthony T. Pierce*
Anthony T. Pierce, D.C. Bar No. 415263
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4411
apierce@akingump.com