**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA ex rel.
THOMAS WOLF,

Plaintiff-Relator,

v.

OMEGA WIRELESS LLC et al.,

Defendants.

Civil Action No.: 1:21-cv-02346-JMC

**CORPORATE DISCLOSURE STATEMENT**

I, the undersigned, counsel of record for M/C Partners, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of M/C Partners which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: October 30, 2026

Respectfully submitted,

*/s/ Sara McLean*

Anthony T. Pierce, D.C. Bar No. 415263
Sara McLean, D.C. Bar No. 90033827
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4069
smclean@akingump.com
apierce@akingump.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October 2026, I filed the foregoing Corporate Disclosure Statement with the Clerk of the Court for the U.S. District Court for the District of Columbia, using the Court's CM/ECF system, which effectuated service on all counsel of record.

*/s/ Sara McLean*
Sara McLean, D.C. Bar No. 90033827
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4069
smclean@akingump.com