**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. THOMAS WOLF,<br><br>Plaintiff-Relator,<br><br>v.<br><br>OMEGA WIRELESS LLC et al.,<br><br>Defendants. | Civil Action No.: 1:21-cv-02346-JMC |

**CORPORATE DISCLOSURE STATEMENT**

I, the undersigned, counsel of record for Peppertree Capital Fund VI QP, LP, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Peppertree Capital Fund VI QP, LP which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: October 30, 2026

Respectfully submitted,

*/s/ Sara McLean*

Anthony T. Pierce, D.C. Bar No. 415263
Sara McLean, D.C. Bar No. 90033827
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4069
smclean@akingump.com
apierce@akingump.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October 2026, I filed the foregoing Corporate Disclosure Statement with the Clerk of the Court for the U.S. District Court for the District of Columbia, using the Court's CM/ECF system, which effectuated service on all counsel of record.

*/s/ Sara McLean*
Sara McLean, D.C. Bar No. 90033827
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4069
smclean@akingump.com