**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. THOMAS WOLF<br><br>Plaintiff,<br><br>v.<br><br>OMEGA WIRELESS, LLC, M/C PARTNERS, SHAMROCK CAPITAL ADVISORS, LLC, PEPPERTREE CAPITAL ADVISORS, LLC, 18TH STREET GROUP, LLC, GLENMEDE TRUST COMPANY, AND JOHN DOES #1-50, FICTITIOUS NAMES,<br><br>Defendants. | No.: 1:21-cv-02346-JMC |

**DEFENDANT THE GLENMEDE TRUST COMPANY'S**
**MOTION TO DISMISS**

Defendant The Glenmede Trust Company, N.A. ("Glenmede"), improperly identified in the Complaint as "Glenmede Trust Company", respectfully moves for the dismissal of the claims asserted against it in the Complaint by Plaintiff-Relator Thomas Wolf, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

In support of this Motion, Defendant incorporates by reference the accompanying Memorandum of Law. For the reasons more fully set forth in the accompanying Memorandum, Defendant respectfully requests that the Court dismiss the claims asserted against it with prejudice.

To the extent applicable to Glenmede, and except where expressly addressed herein, Glenmede joins in the motions to dismiss and supporting memoranda filed by its co-defendants. Glenmede submits this Motion to address additional grounds for dismissal unique to the allegations asserted against it. Nothing herein should be construed as waiving any argument advanced by its co-defendants, all of which Glenmede expressly adopts and incorporates to the extent relevant.

Date: October 30, 2026

*/s/ Michael J. Engle*
Michael J. Engle
D.C. Bar No. 1619444
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street
Suite 2600
Philadelphia, PA 19103
T: (215) 564-8737
E: mengle@stradley.com
*Attorney for Defendant,*
*The Glenmede Trust Company, N.A.*