# CERTIFICATE OF SERVICE

I, Michael J. Engle, Esquire, hereby certify that on October 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The foregoing was also served on all counsel of record via the Court's CM/ECF system.

Date: October 30, 2026

*/s/ Michael J. Engle*_________
Michael J. Engle, Esq.