**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. THOMAS WOLF,<br><br>Plaintiff-Relator,<br><br>v.<br><br>OMEGA WIRELESS, LLC et al.,<br><br>Defendants. | Civil Action No.: 1:21-cv-02346-JMC |

**[PROPOSED] ORDER**

Before the Court is the Motion to Dismiss filed by Defendants Omega Wireless, LLC ("Omega"), M/C Partners, and Shamrock Capital Advisors, LLC ("Shamrock"), and non-defendant Peppertree Capital Fund VI QP, LP. Upon consideration of the Motion and the briefing thereon, and finding it supported by good cause, it is hereby

**ORDERED** that the Motion to Dismiss filed by Defendants Omega, M/C Partners, Shamrock, and non-defendant Peppertree Capital Fund VI QP, LP is **GRANTED**; and it is further

**ORDERED** that the Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE** as to Omega, M/C Partners, Shamrock, and Peppertree Capital Advisors, LLC.

**SO ORDERED**.

Dated: _______________

_______________________________________
HONORABLE JIA M. COBB
United States District Judge

Copies to:

**Daniel Twetten**
LOEVY & LOEVY
2060 Broadway
Suite 280
Boulder, CO 80302
720-583-6514
Fax: 312-243-5902
Email: dan@loevy.com

**Dominique Gilbert**
LOEVY & LOEVY
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900
Email: gilbert@loevy.com

**Frank Newell**
LOEVY & LOEVY
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900
Email: frank@loevy.com

**Maggie Ellen Filler**
LOEVY AND LOEVY
311 N Aberdeen Street
Ste 3rd Floor
Chicago, IL 60607
202-934-8780
Email: maggie@loevy.com

*Counsel for Plaintiff-Relator*

**Anthony Tobias Pierce**
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, NW
Washington, DC 20006
(202) 887-4411
Fax: (202) 887-4288
Email: apierce@akingump.com

**Sara McLean**
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, DC 20006
202-887-4069
Email: smclean@akingump.com

*Counsel for Omega Wireless LLC, M/C Partners,*
*Shamrock Capital Advisors, LLC, and*
*Peppertree Capital Fund VI QP, LP*

**Sara E. Kropf**
KROPF MOSELEY SCHMITT PLLC
1100 H Street NW
Suite 1220
Washington, DC 20005
202-627-6900
Email: sara@kmlawfirm.com

**Molly Bunke**
KROPF MOSELEY SCHMITT PLLC
1100 H Street NW
Suite 1220
Washington, DC 20005
202-627-6900
Email: molly@kmlawfirm.com

*Counsel for 18th Street Group, LLC*

**Michael J. Engle**
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street
One Commerce Square
Suite 2600
Philadelphia, PA 19103
215-564-8737
Email: mengle@stradley.com

*Counsel for Glenmede Trust Company*

**Tabitha Bartholomew**
DOJ-USAO
Civil Division
601 D Street NW
Washington, DC 20530
202-252-2529
Email: tabitha.bartholomew@usdoj.gov

*Counsel for United States of America*