**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. THOMAS WOLF, | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-02346 (JMC) |
| v. | ) | |
| OMEGA WIRELESS LLC, et al., | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant 18th Street Group LLC's Motion to Dismiss, any opposition and reply thereto, and the entire record herein, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Complaint, ECF No. 1, **DISMISSED WITH PREJUDICE** as to Defendant 18th Street Group LLC.

**SO ORDERED.**

Date: ______________________

______________________________
HON. JIA M. COBB
United States District Judge

Copies to:

**Daniel Twetten**
LOEVY & LOEVY
2060 Broadway
Suite 280
Boulder, CO 80302
720-583-6514
Fax: 312-243-5902
Email: dan@loevy.com

**Dominique Gilbert**
LOEVY & LOEVY
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900
Email: gilbert@loevy.com

**Frank Newell**
LOEVY & LOEVY
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900
Email: frank@loevy.com

**Maggie Ellen Filler**
LOEVY & LOEVY
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
202-934-8780
Email: maggie@loevy.com

*Counsel for Plaintiff-Relator*

**Anthony Tobias Pierce**
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street NW
Washington, DC 20006
202-887-4411
Fax: 202-887-4288
Email: apierce@akingump.com

**Sara McLean**
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street NW
Washington, DC 20006
202-887-4069
Email: smclean@akingump.com

*Counsel for Omega Wireless LLC, M/C Partners, Shamrock Capital Advisors, LLC, and Peppertree Capital Fund VI QP, LP*

**Sara E. Kropf**
KROPF MOSELEY SCHMITT PLLC
1100 H Street NW
Suite 1220
Washington, DC 20005
202-627-6900
Email: sara@kmlawfirm.com

**Molly Bunke**
KROPF MOSELEY SCHMITT PLLC
1100 H Street NW
Suite 1220
Washington, DC 20005
202-627-6900
Email: molly@kmlawfirm.com

*Counsel for 18th Street Group LLC*

**Michael J. Engle**
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street
One Commerce Square
Suite 2600
Philadelphia, PA 19103
215-564-8737
Email: mengle@stradley.com

*Counsel for The Glenmede Trust Company, N.A.*

**Tabitha Bartholomew**
DOJ-USAO
Civil Division
601 D Street NW
Washington, DC 20530
202-252-2529
Email: tabitha.bartholomew@usdoj.gov

*Counsel for United States of America*