**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA
ex rel. THOMAS WOLF

Plaintiff,

v.

OMEGA WIRELESS, LLC, M/C PARTNERS, SHAMROCK CAPITAL ADVISORS, LLC, PEPPERTREE CAPITAL ADVISORS, LLC, 18TH STREET GROUP, LLC, GLENMEDE TRUST COMPANY, AND JOHN DOES #1-50, FICTITIOUS NAMES,

Defendants.

No.: 1:21-cv-02346-JMC

**[PROPOSED] ORDER**

Before the Court is the Motion to Dismiss filed by Defendant Glenmede Trust Company. Upon consideration of the Motion and the briefing thereon, and finding it supported by good cause, it is hereby.

**ORDERED** that the Motion to Dismiss filed by Defendant Glenmede Trust Company is **GRANTED**; and it is further

**ORDERED** that the Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE** as to Glenmede Trust Company.

**SO ORDERED.**

Dated: ___________________

_______________________________________
HONORABLE JIA M. COBB
United States District Judge

Copies to:

**Daniel Twetten**
LOEVY & LOEVY
2060 Broadway
Suite 280
Boulder, CO 80302
720-583-6514
Fax: 312-243-5902
Email: dan@loevy.com

**Dominique Gilbert**
LOEVY & LOEVY
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900
Email: gilbert@loevy.com

**Frank Newell**
LOEVY & LOEVY
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900
Email: frank@loevy.com

**Maggie Ellen Filler**
LOEVY AND LOEVY
311 N Aberdeen Street
Ste 3rd Floor
Chicago, IL 60607
202-934-8780
Email: maggie@loevy.com

*Counsel for Plaintiff-Relator*

**Anthony Tobias Pierce**
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, NW
Washington, DC 20006
(202) 887-4411
Fax: (202) 887-4288
Email: apierce@akingump.com

**Sara McLean**
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, DC 20006
202-887-4069
Email: smclean@akingump.com

*Counsel for Omega Wireless LLC, M/C Partners, Shamrock Capital Advisors, LLC, and Peppertree Capital Fund VI QP, LP*

**Sara E. Kropf**
KROPF MOSELEY SCHMITT PLLC
1100 H Street NW
Suite 1220
Washington, DC 20005
202-627-6900
Email: sara@kmlawfirm.com

**Molly Bunke**
KROPF MOSELEY SCHMITT PLLC
1100 H Street NW
Suite 1220
Washington, DC 20005
202-627-6900
Email: molly@kmlawfirm.com

*Counsel for 18th Street Group, LLC*

**Michael J. Engle**
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street
One Commerce Square
Suite 2600
Philadelphia, PA 19103
215-564-8737
Email: mengle@stradley.com

*Counsel for Glenmede Trust Company*

**Tabitha Bartholomew**
DOJ-USAO
Civil Division
601 D Street NW
Washington, DC 20530
202-252-2529
Email: tabitha.bartholomew@usdoj.gov

*Counsel for United States of America*