**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA *ex rel.* THOMAS WOLF,

*Plaintiffs*,

v.

OMEGA WIRELESS LLC, *et al.*,

*Defendants.*

Civil Action No.: 1:21-cv-02346-JMC

**NOTICE OF APPEARANCE OF COUNSEL**

**To the Clerk of Court and all parties of record:**

Notice is hereby given that Laura Hill of the law firm Akin Gump Strauss Hauer & Feld LLP enters her appearance as counsel for Omega Wireless LLC, M/C Partners, and Shamrock Capital Advisors, LLC.

Dated: November 25, 2026

Respectfully submitted,

*/s/ Laura Hill*

Laura Hill, D.C. Bar No. 90041083
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4253
lhill@akingump.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of November 2026, I filed the foregoing Notice of Appearance of Counsel with the Clerk of the Court for the U.S. District Court for the District of Columbia, using the Court's CM/ECF system, which effectuated service on all counsel of record.

*/s/ Laura Hill*
Laura Hill, D.C. Bar No. 90041083
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4253
lhill@akingump.com