**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* THOMAS WOLF,<br><br>*Plaintiffs*,<br><br>v.<br><br>OMEGA WIRELESS LLC, *et al.*,<br><br>*Defendants.* | Civil Action No. 1:21-cv-02346-JMC<br><br>Judge Jia M. Cobb |

**OMEGA WIRELESS LLC'S, M/C PARTNERS', AND SHAMROCK CAPITAL ADVISORS, LLC'S CONSENT MOTION TO EXTEND <u>TIME TO RESPOND TO RELATOR'S FIRST AMENDED COMPLAINT</u>**

Pursuant to Rules 6(b)(1) and 15(a)(3) of the Federal Rules of Civil Procedure, and for good cause, Defendants Omega Wireless LLC ("Omega"), M/C Partners, and Shamrock Capital Advisors, LLC ("Shamrock"), by and through undersigned counsel, respectfully move this Court for an order extending the time to answer or otherwise respond to Relator's First Amended Complaint up to, and including, January 15, 2027, and to set a briefing schedule as set forth in the enclosed memorandum of points and authorities. The responses from Defendants Omega, M/C Partners, Shamrock, Glenmede Trust Company, and 18th Street Group, LLC are currently due on December 4, 2026.

The grounds for this Motion are more fully set forth in the accompanying memorandum of points and authorities, incorporated herein by reference. Pursuant to Local Civil Rule 7(c), Defendants also provide a proposed order for the Court's consideration.

As required under Local Civil Rule 7(m), undersigned counsel conferred with Relator's counsel, and Relator consents to the requested relief. Defendant Glenmede Trust Company and Defendant 18th Street Group, LLC also consent to the requested relief. The remaining defendants

named in the First Amended Complaint have not been served.

Dated: November 25, 2026

Respectfully submitted,

/s/ Sara McLean
Anthony T. Pierce, D.C. Bar No. 415263
Sara McLean, D.C. Bar No. 90033827
Laura Hill, D.C. Bar No. 90041083
Allison T. Coffin, D.C. Bar No. 1600869
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4069
smclean@akingump.com
apierce@akingump.com
lhill@akingump.com
acoffin@akingump.com

*Counsel for Omega Wireless LLC, M/C Partners, and Shamrock Capital Advisors, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* THOMAS WOLF,<br><br>*Plaintiffs*,<br><br>v.<br><br>OMEGA WIRELESS LLC, *et al.*,<br><br>*Defendants.* | Civil Action No. 1:21-cv-02346-JMC<br><br>Judge Jia M. Cobb |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OMEGA WIRELESS LLC'S, M/C PARTNERS', AND SHAMROCK CAPITAL ADVISORS, LLC'S CONSENT MOTION TO EXTEND TIME TO <u>RESPOND TO RELATOR'S FIRST AMENDED COMPLAINT</u>**

In support of their Consent Motion to Extend Time to Respond to Relator's First Amended Complaint, Defendants Omega Wireless LLC ("Omega"), M/C Partners, and Shamrock Capital Advisors, LLC ("Shamrock"), by and through its undersigned counsel, submit:

1. Federal Rule of Civil Procedure 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ."
2. Federal Rule of Civil Procedure 15(a)(3) provides that "[u]nless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later."
3. Good cause supports this Motion. Relator filed his Complaint on August 30, 2021. ECF No. 1. It remained under seal for nearly five years until the Government declined to

intervene and it was unsealed April 7, 2026. Relator served Omega, M/C Partners, Shamrock, Glenmede Trust Company, and 18th Street Group, LLC between August 31, 2026 and September 2, 2026. Joined by Peppertree Capital Fund VI QP, LP, making a limited appearance on behalf of non-existent entity Peppertree Capital Advisors, LLC, they timely filed more than 75 pages of briefing to dismiss the Complaint on October 30, 2026.

4. On November 20, 2026, Relator filed his First Amended Complaint. ECF No. 63. The First Amended Complaint drops the non-existent Peppertree Capital Advisors, LLC and names thirteen additional defendants. The First Amended Complaint adds new allegations regarding five FCC license auctions not identified in the Complaint. The earliest of these license auctions took place in 2008.

5. Defendants seek additional time to move to dismiss Relator's First Amended Complaint in light of its breadth and inclusion of new allegations not included in Relator's 2021 Complaint.

6. Moreover, an extension is supported by principles of judicial economy and efficiency to provide Relator with time to serve the newly-named defendants and the opportunity for all defendants to proceed on a consolidated briefing schedule.

7. In compliance with Local Civil Rule 7(m), undersigned counsel contacted Relator's counsel on November 24, 2026 regarding this Motion. On November 24, 2026, Relator's counsel informed Omega's counsel that he consents to extending the briefing schedule so that Defendants may answer or otherwise respond to the First Amended Complaint to January 15, 2027, Relator may have thirty days to oppose any motion to dismiss, and Defendants may have fourteen days to file a reply in support of any motion to dismiss.

8. Defendant Glenmede Trust Company and Defendant 18th Street Group, LLC consent to the requested relief.

9. The remaining defendants named in the First Amended Complaint have not been served in this action.

10. Granting this Motion will not result in prejudice to any party.

WHEREFORE, Defendants Omega, M/C Partners, and Shamrock respectfully request that the Court enter an Order granting the Defendants an extension of time, up to and including January 15, 2027, within which to answer or otherwise respond to Relator's First Amended Complaint. A proposed order is attached.

Dated: November 25, 2026

Respectfully submitted,

*/s/ Sara McLean*

Anthony T. Pierce, D.C. Bar No. 415263
Sara McLean, D.C. Bar No. 90033827
Laura Hill, D.C. Bar No. 90041083
Allison T. Coffin, D.C. Bar No. 1600869
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4069
smclean@akingump.com
apierce@akingump.com
lhill@akingump.com
acoffin@akingump.com

*Counsel for Omega Wireless LLC, M/C Partners, and Shamrock Capital Advisors, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of November 2026, I filed the foregoing Consent Motion to Extend Time to Respond to Relator's First Amended Complaint with the Clerk of the Court for the U.S. District Court for the District of Columbia, using the Court's CM/ECF system, which effectuated service on all counsel of record.

*/s/ Sara McLean*

Anthony T. Pierce, D.C. Bar No. 415263
Sara McLean, D.C. Bar No. 90033827
Laura Hill, D.C. Bar No. 90041083
Allison T. Coffin, D.C. Bar No. 1600869
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4069
smclean@akingump.com
apierce@akingump.com
lhill@akingump.com
acoffin@akingump.com