**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* THOMAS WOLF,<br><br>*Plaintiffs*,<br><br>v.<br><br>OMEGA WIRELESS LLC, *et al.*,<br><br>*Defendants.* | Civil Action No. 1:21-cv-02346-JMC<br><br>Judge Jia M. Cobb |

**[PROPOSED] ORDER**

Upon consideration of Defendants Omega Wireless LLC, M/C Partners, and Shamrock Capital Advisors, LLC's Consent Motion to Extend Time to Respond to Relator's First Amended Complaint, and for good cause shown, it is hereby

**ORDERED** that Defendants' Consent Motion is **GRANTED**; and it is further

**ORDERED** that the deadline for Defendants who have been served to file their Responses to Relator's First Amended Complaint is extended to January 15, 2027; and it is further

**ORDERED** that Relator shall file his oppositions to any motions to dismiss within thirty days; and it is further

**ORDERED** that Defendants shall file their replies to any motions to dismiss within fourteen days.

**SO ORDERED.**

Dated: ______________

______________________
Hon. Jia M. Cobb
United States District Judge

Copies to:

**Daniel Twetten**
LOEVY & LOEVY
2060 Broadway
Suite 280
Boulder, CO 80302
720-583-6514
Fax: 312-243-5902
Email: dan@loevy.com

**Dominique Gilbert**
LOEVY & LOEVY
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900
Email: gilbert@loevy.com

**Frank Newell**
LOEVY & LOEVY
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900
Email: frank@loevy.com

**Maggie Ellen Filler**
LOEVY AND LOEVY
311 N Aberdeen Street
Ste 3rd Floor
Chicago, IL 60607
202-934-8780
Email: maggie@loevy.com

*Counsel for Plaintiff-Relator*

**Anthony Tobias Pierce**
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, NW
Washington, DC 20006
(202) 887-4411
Fax: (202) 887-4288
Email: apierce@akingump.com

**Sara McLean**
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, DC 20006
202-887-4069
Email: smclean@akingump.com

*Counsel for Omega Wireless LLC, M/C Partners,*
*Shamrock Capital Advisors, LLC, and*
*Peppertree Capital Fund VI QP, LP*

**Sara E. Kropf**
KROPF MOSELEY SCHMITT PLLC
1100 H Street NW
Suite 1220
Washington, DC 20005
202-627-6900
Email: sara@kmlawfirm.com

**Molly Bunke**
KROPF MOSELEY SCHMITT PLLC
1100 H Street NW
Suite 1220
Washington, DC 20005
202-627-6900
Email: molly@kmlawfirm.com

*Counsel for 18th Street Group, LLC*

**Michael J. Engle**
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street
One Commerce Square
Suite 2600
Philadelphia, PA 19103
215-564-8737
Email: mengle@stradley.com

*Counsel for Glenmede Trust Company*

**Tabitha Bartholomew**
DOJ-USAO
Civil Division
601 D Street NW
Washington, DC 20530
202-252-2529
Email: tabitha.bartholomew@usdoj.gov

*Counsel for United States of America*